BROWN ET AL. *v.* THE STATE OF INDIANA, EX REL. JOYCE.

[No. 7,002.   Filed February 16, 1909.]

APPEAL.—*Dismissal.*—*New Trial.*—*Bill of Exceptions.*—*Presentation.*—Where appellant questioned only the overruling of its motion for a new trial, reasons for which can be determined only from a consideration of the bill of exceptions which was not presented to the trial judge for approval within the time granted, no question is presented, and the appeal will be dismissed.

From Jefferson Circuit Court; *Hiram Francisco,* Judge.

Action by The State of Indiana, on the relation of Grace Joyce, against Hugh S. Brown and another. From a judgment for plaintiff, defendants appeal. *Appeal dismissed.*

*L. V. Cravens,* for appellants.

*C. S. Tandy, G. S. Pleasants* and *F. M. Griffith,* for appellee.

Per Curiam.—The only error discussed by appellants is the action of the court in overruling their motion for a new

trial. The reasons for a new trial can be determined only from a consideration of the bill of exceptions, which was not presented to the trial judge for his approval within the time fixed. It is not, therefore, properly in the record, and, as no question is here presented, appellee's motion to dismiss the appeal must be sustained.

Appeal dismissed.